UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAYMOND SCURTO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNIMED PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS, INC., WATSON PHARMACEUTICALS, INC., PAR PHARMACEUTICALS, INC., and PADDOCK LABORATORIES, INC.,

Defendants.

Civ. Action No. 09-1900 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 30th day of September, 2009,

**ORDERED** that plaintiff's appeal [D.E. 41] from the ruling of Magistrate Judge Shwartz transferring this case to the Northern District of Georgia [D.E. 32] is **denied;** and

**ORDERED** that plaintiff's appeal [D.E. 42] from the ruling of Magistrate Judge Shwartz denying reconsideration of the transfer [D.E. 37] is **denied**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1